# EXHIBIT "A"

# OFFICE OF EQUAL EMPLOYMENT OPPORTUNITY
## COMPLAINT OF EMPLOYMENT DISCRIMINATION
PD 413-150 (7-03)-c-Pent

**DO NOT WRITE IN SHADED AREAS**

| | |
|---|---|
| TYPE | ☐ CASE  ☐ INQUIRY |
| NUMBER | |
| HOW RECEIVED | 1 ☐ PERSON  3 ☐ MAIL  5 ☐ FAX  2 ☐ PHONE  4 ☐ EMAIL |

| DATE RECEIVED | TIME RECEIVED | PERSON WHO RECEIVED COMPLAINT | TAX REGISTRY NO. |
|---|---|---|---|
| | | | |

**BASIS OF ALLEGED DISCRIMINATION** (CHECK ALL THAT APPLY)
- ☒ RACE
- ☐ COLOR
- ☐ NATIONAL ORIGIN
- ☐ GENDER
- ☐ SEXUAL ORIENTATION
- ☐ AGE
- ☐ DISABILITY
- ☐ P.G. 205-37
- ☐ SEXUAL HARASSMENT
- ☐ RETALIATION
- ☐ ALIENAGE/CITIZENSHIP
- ☐ CREED
- ☐ DISPARAGING REMARKS
- ☐ RELIGION
- ☐ ETHNICITY CHANGE
- ☐ MARITAL STATUS
- ☐ ARREST/CONVICTION
- ☐ VICTIM OF DOMESTIC VIOLENCE
- ☐ OTHER

## COMPLAINANT INFORMATION

**NAME:** Clifford M. Rigaud
**ADDRESS:** 115-60 222 St Cambria Ht N.Y. 11411
**HOME TEL. NO.:** 718-276-5803
**TITLE/RANK:** Police Officer
**TAX REGISTRY NO.:** 931923
**DATE ENTERED DEPT.:** 7/22/05
**DATE PRESENT TITLE/RANK:** 7-17-09 PO
**ASSIGNED COMMAND:** 103
**COMMAND TELEPHONE NO.:** 718-657-8186

**WHEN AND WHERE DID THE ALLEGED ACTION OCCUR?**
**DATE:** July 11, 2009  **TIME:** (1100 x 1935 Range)  **LOCATION:** Liberty Pool

**WERE THERE WITNESSES TO THE DISCRIMINATION?** ☒ NO — N/A

**DID YOU REPORT THIS TO ANYONE ELSE?** ☒ NO — N/A

**HAVE YOU FILED THIS CHARGE WITH A CITY, STATE OR FEDERAL AGENCY?** ☒ YES
**AGENCY NAME:** CCRB  **DATE FILED:** 7-17-09  **OUTSIDE COMPLAINT NO.:** 200911011

## RESPONDENT INFORMATION

**1. RESPONDENT'S NAME:** P.O. Lopez  **TITLE/RANK:** P.O.  **COMMAND:** 103
**2. RESPONDENT'S NAME:** —

IN THE SPACE BELOW, EXPLAIN HOW YOU WERE DISCRIMINATED AGAINST AND/OR HOW OTHER PERSONS WERE TREATED DIFFERENTLY. IF TREATED DIFFERENTLY FROM OTHERS, IDENTIFY THEM. THIS STATEMENT MAY BE AMENDED TO CORRECT MISTAKES OR OMISSIONS. ALSO INDICATE WHAT CORRECTIVE ACTION YOU WANT TAKEN. YOU MAY USE AN EXTRA SHEET OF PAPER, IF NECESSARY.

On July 11, 2009 P.O. Lopez was working Liberty Pool DTL. P.O. Lopez was talking to the staff at pool. One Elliot Jones and states he and another officer was to be assign this DTL and this fucking Muslim guy got it.

**NOTE:** READ AND SIGN REVERSE SIDE OF THIS FORM