"EXHIBIT A"



# Online Performance Evaluation System
## Police Officer - Detective Specialist

View By: MARTIN ZUNIGA TaxID: 896806 Date: 1/28/2011 8:45:04 AM

| RATEE | | | |
|---|---|---|---|
| SURNAME: RIGAUD | FIRST: CLIFFORD | M.I.: M | Appt Date: 7/22/2002 |
| RATEE TAX NUMBER: 931923 | RANK: PO | COMMAND: 103 | DATE ASSIGNED TO COMMAND: 12/27/2005 |
| TIMES SICK<br>NLOD: 1<br>LOD: 1 | DAYS LOST<br>NLOD: 2<br>LOD: 17 | PURPOSE: ANNUAL | RECOMMENDATION: CONTINUE IN PRESENT ASSIGNMENT |
| Not chronic | Date of Primary Assignment: 4/4/2004 | ☐ IF COMPLETED POLICE CADET PROGRAM<br>Rating Period From: 12/16/2008 | To: 12/15/2009 |
| Primary Assignment: Patrol | | | |

| RATER | | | |
|---|---|---|---|
| SURNAME: MCCLINTONYOUNG | FIRST: STEPHANIE | M.I.: A | |
| RATER TAX NUMBER: 161 | RANK: SERGEANT | COMMAND: 103 | DATE ASSIGNED TO COMMAND: 1/31/2008 |

| PERFORMANCE AREAS | | BEHAVIORAL DIMENSIONS | |
|---|---|---|---|
| Area | Rating | Dimension | Rating |
| 1 Community Interaction | 4 | 13 Police Ethics / Integrity | 5 |
| 2 Apprehension/Intervention | 4 | 14 Comprehension Skills | 5 |
| 3 Victim/Prisoner Interaction | 4 | 15 Communication Skills | 4 |
| 4 Processing Arrests | 4 | 16 Reasoning Ability | 4 |
| 5 Vehicular Offenses/Accidents | 4 | 17 Information Ordering | 4 |
| 6 Handling Specific Offenses | 4 | 18 Problem Recognition | 4 |
| 7 Police Interaction/Notification | 4 | 19 Visualization | 4 |
| 8 Vehicle Operation/Maintenance | 4 | 20 Spatial Orientation | 4 |
| 9 Review and Maintenance | 4 | 21 Memorization | 4 |
| 10 Handling Special Cases | 3 | 22 Judgement | 4 |
| 11 Vouchering | 4 | 23 Innovativeness | 4 |
| 12 Report/Clerical Duties | 4 | 24 Adaptability | 4 |
| | | 25 Drive/Initiative | 4 |
| | | 26 Interpersonal Skills | 4 |
| | | 27 Appearance/Professional Image | 4 |
| | | 28 Physical Fitness/Physical Activities | 4 |

Overall Evaluation : 4
Annual Total of Quarterly Point: 55

### 12. Report/Clerical Duties
P.O. Rigaud is proficient in department forms and hands in paperwork in a complete and timely matter.

### 13. Police Ethics / Integrity
P.O. Rigaud displays an appropriate level of accountability. P.O. Rigaud adheres to department policies and guidelines and represents the department favorably.

### 27. Appearance/Professional Image
P.O. Rigaud follows professional standards for the job. P.O. Rigaud uniforms are immaculate.

**Overall Rater's Comments:**
P.O. Rigaud performs his duties in a efficient manner. P.O. Rigaud is a conscientious worker who assumes personal responsibility for his work. P.O. Rigaud follows directions and instructions and can be counted on to complete assignments.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| REVIEWER | | | |
|---|---|---|---|
| SURNAME: MARGOLIS | FIRST: JASON | M.I.: S | DATE ASSIGNED TO COMMAND: 10/3/2005 |
| REVIEWER'S TAX NUMBER: 918540 | RANK: LIEUTENANT | COMMAND: 103 | |

**Overall Reviewer Comments:**
I do not concur with the Rater's evaluation.

☐ ACCURATE AND COMPLETE, CONCUR
☑ SEE SEPARATE REVIEWER'S EVALUATION
View By: MARTIN ZUNIGA TaxID: 896806 Date: 1/28/2011 8:45:04 AM