# "EXHIBIT B"



## Online Performance Evaluation System
## Police Officer - Detective Specialist

View By: MARTIN ZUNIGA TaxID: 896806 Date: 1/28/2011 8:57:13 AM

### RATEE

| SURNAME | FIRST | M.I. | Appt Date |
|---|---|---|---|
| RIGAUD | CLIFFORD | M | 7/22/2002 |

| RATEE TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| 931923 | PO | 103 | 12/27/2005 |

| TIMES SICK | DAYS LOST | PURPOSE | RECOMMENDATION |
|---|---|---|---|
| NLOD: 1 LOD: 1 | NLOD: 2 LOD: 17 | ANNUAL | CONTINUE IN PRESENT ASSIGNMENT |

Not chronic

Primary Assignment: Patrol

Date of Primary Assignment: 4/4/2004

IF COMPLETED POLICE CADET PROGRAM

| Rating Period From: | To: |
|---|---|
| 12/16/2008 | 12/15/2009 |

### RATER

| SURNAME | FIRST | M.I. | |
|---|---|---|---|
| MARGOLIS | JASON | S | |

| RATER TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| 540 | LIEUTENANT | 103 | 10/3/2005 |

### PERFORMANCE AREAS

| Area | Rating |
|---|---|
| 1 Community Interaction | 4 |
| 2 Apprehension/Intervention | 4 |
| 3 Victim/Prisoner Interaction | 3 |
| 4 Processing Arrests | 3 |
| 5 Vehicular Offenses/Accidents | 4 |
| 6 Handling Specific Offenses | 3 |
| 7 Police Interaction/Notification | 4 |
| 8 Vehicle Operation/Maintenance | 4 |
| 9 Review and Maintenance | 4 |
| 10 Handling Special Cases | 3 |
| 11 Vouchering | 3 |
| 12 Report/Clerical Duties | 3 |

### BEHAVIORAL DIMENSIONS

| Dimension | Rating |
|---|---|
| 13 Police Ethics / Integrity | 4 |
| 14 Comprehension Skills | 4 |
| 15 Communication Skills | 3 |
| 16 Reasoning Ability | 3 |
| 17 Information Ordering | 4 |
| 18 Problem Recognition | 4 |
| 19 Visualization | 4 |
| 20 Spatial Orientation | 4 |
| 21 Memorization | 4 |
| 22 Judgement | 3 |
| 23 Innovativeness | 3 |
| 24 Adaptability | 3 |
| 25 Drive/Initiative | 3 |
| 26 Interpersonal Skills | 3 |
| 27 Appearance/Professional Image | 4 |
| 28 Physical Fitness/Physical Activities | 3 |

Online Evaluation

Overall Evaluation : 3
Does not qualify Quarterly Point

### 8. Vehicle Operation/Maintenance
PO Riguad operates Department vehicles in a safe and satisfactory manner.

### 11. Vouchering
PO Riguad does a good job of vouchering evidence and property with a minimal amount of mistakes.

### 13. Police Ethics / Integrity
PO Rigaud has a very high level of ethics in regards to his responsibilities as a member of the NYPD.

### Overall Rater's Comments:
PO Rigaud has potential to be a very good Officer and a very prominent contributer to the success of the 103 Precinct. However, to do this PO Rigaud must become more of a self starter and show better drive and initiative. PO Rigaud also must improve his skills in terms of working with others in the platoon and in terms of his interactions with those he works with. In addition, PO Rigaud must be more attentive to the instructions he is given by his supervisors.

Member refuses to sign off on evaluation.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| REVIEWER | | | |
|---|---|---|---|
| SURNAME<br>DHEEDENE | FIRST<br>TIMOTHY | M.I.<br>L | |
| REVIEWER'S TAX NUMBER<br>899139 | RANK<br>CAPTAIN | COMMAND<br>103 | DATE ASSIGNED TO COMMAND:<br>2/13/2009 |

### Overall Reviewer Comments:
I concur with the evaluation.

☑ ACCURATE AND COMPLETE, CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.
☐ I WISH TO APPEAL THIS EVALUATION
☑ RATEE REFUSED / UNAVAILABLE

RATEE SIGNATURE _____   Date _____

RATER SIGNATURE _____   Date _____

REVIEWER