**"EXHIBIT C"**

# OFFICE OF EQUAL EMPLOYMENT OPPORTUNITY
## COMPLAINT OF EMPLOYMENT DISCRIMINATION
PD 418-150 (7-03)-o-Pem

**DO NOT WRITE IN SHADED AREAS**

| DATE RECEIVED | TIME RECEIVED | PERSON WHO RECEIVED COMPLAINT | TAX REGISTRY NO. |
|---|---|---|---|
| | | | |

**BASIS OF ALLEGED DISCRIMINATION (CHECK ALL THAT APPLY)**
- SEXUAL ORIENTATION
- RETALIATION
- ETHNICITY CHANGE
- RACE
- AGE
- ALIENAGE/CITIZENSHIP
- MARITAL STATUS
- COLOR
- DISABILITY
- CREED
- ARREST/CONVICTION
- NATIONAL ORIGIN
- P.G. 205-37
- DISPARAGING REMARKS
- VICTIM OF DOMESTIC VIOLENCE
- GENDER
- SEXUAL HARASSMENT
- RELIGION
- OTHER

## COMPLAINANT INFORMATION

**NAME:** Clifford M. Rigau d

**ADDRESS:** 115-60 222\_ Cambria Ht, N.Y. 11411

**HOME TEL NO.:** 718-276-5803

**TITLE/RANK:** Police Officer

**TAX REGISTRY NO.:** 931923

**DATE ENTERED DEPT.:** 7/22/05

**DATE PRESENT TITLE/RANK:** 7.17.05 PO

**ASSIGNED COMMAND:** 103

**COMMAND TELEPHONE NO.:** 718-657-8186

**WHEN AND WHERE DID THE ALLEGED ACTION OCCUR?**
**DATE:** July 11, 2009 **TIME:** (1100 + 9535) Range
**LOCATION:** Liberty Pool

**WERE THERE WITNESSES TO THE DISCRIMINATION?** ☒ NO
**IF YES, GIVE NAME TITLE/RANK:** N/A

**DID YOU REPORT THIS TO ANYONE ELSE?** ☒ NO
**IF YES, GIVE NAME TITLE/RANK:** N/A

**HAVE YOU FILED THIS CHARGE WITH A CITY, STATE OR FEDERAL AGENCY?** ☒ YES
**IF YES, GIVE THE AGENCY NAME:** CCRB
**DATE FILED:** 7-17-09
**OUTSIDE COMPLAINT NO.:** 200911011

## RESPONDENT INFORMATION

**1. RESPONDENT'S NAME:** P.O. Lopez
**TITLE/RANK:** P.O.
**COMMAND:** 103

**2. RESPONDENT'S NAME:** —
**TITLE/RANK:** —
**COMMAND:** —

IN THE SPACE BELOW, EXPLAIN HOW YOU WERE DISCRIMINATED AGAINST AND/OR HOW OTHER PERSONS WERE TREATED DIFFERENTLY. IF TREATED DIFFERENTLY FROM OTHERS, IDENTIFY THEM. THIS STATEMENT MAY BE AMENDED TO CORRECT MISTAKES OR OMISSIONS. ALSO INDICATE WHAT CORRECTIVE ACTION YOU WANT TAKEN. YOU MAY USE AN EXTRA SHEET OF PAPER, IF NECESSARY.

On July 11, 2009 P.O. Lopez was working Liberty Pool DTL. P.O. Lopez was Joking to the staff at pool. one Elliot Jones and states he and another officer was to be assign this DTL and this Fucking Muslim Guy got it.

NOTE: READ AND SIGN REVERSE SIDE OF THIS FORM