**"EXHIBIT D"**

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## New York District Office – INTAKE
33 Whitehall Street, 5th Floor
New York, NY 10004
PHONE (212) 336-3620
FAX (212) 336-3790



RECEIVED
FEB 25 2010
EEOC-NYDO-CRTIU

This agency enforces the laws against discrimination in employment on account of race, color, **religion, national origin, age, sex, and disability.** The event you complaining about must have occurred **within a maximum of 300 days** of the filing of a charge. Our jurisdiction covers public and private employers with **15 or more employees (20 employees for age complaints),** labor unions, and employment agencies located in New York State south of Albany. If you work for the **Federal Government,** contact your agency's Equal Employment Office.

To better serve your interest and avoid delays in processing your complaint, please answer the following questions:

NAME - Clifford M. Rigaud

TEL. NUMBER WHERE WE CAN CONTACT YOU - 917-771.2587

A. What was the Latest or Most Recent Date of discrimination which you are alleging?

Religion, Retaltion

B. Does your employer have fewer than 15 employees (20 for age complaints)?

Yes____ No ✗ How many employees? 25,000

C. Have you filed a complaint with another agency (such as the New York State Division of Human Rights of the New York City Commission on Human Rights?

Yes ✗   No ____

If Yes, Name of agency and date of filing:

_____

D. Do you work for a Federal Government Agency (Such as the U.S. Postal Service?

Yes____ No ✓

***IF YOU ANSWERED YES TO ANY OF THE ABOVE QUESTIONS, PLEASE SEE THE RECEPTIONIST, AS THE EEOC MAY NOT HAVE JURISDICTION OVER YOUR CLAIMS

If you answered NO to the above questions, please fill out the questionnaire and return it the receptionist, who will give you further instructions about our procedures.

**If Job Applicant,** Date You Applied for Job _____ Job Title Applied For _____

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race ☐ Sex ☐ Age ☐ Disability ☒ National Origin ☒ Religion ☒ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: __HAITIAN, MUSLIM,__

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): __Retaliation__

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: __4/8/09__  Action: __Trying to cancel vacation day and do 100 DTL on Eastern Day__

Name and Title of Person(s) Responsible: __P.O. Sesso, LT Sreyer, Sgt McClinton-Young__

B. Date: __June 2009__ Action: __Added extra DTL for active duty on April 27, 2009, still continue__

Name and Title of Person(s) Responsible __LT Garcia, LT Margolois, LT King__

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

__No one else had this issue before. Now they found my religion belief.__

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**

_____

**8.** Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Michele Alexander | race | P.O. | Retaliation |
| B. | | | |

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

RECEIVED FEB 25 2010 EEOC-NYDO-CRTU

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**
Last Name: Rigaud        First Name: Clifford        MI: H
Street or Mailing Address: 115-60 222 ST        Apt or Unit #: 2
City: Cambria HT        County: Queens        State: NY        Zip: 11411
Phone Numbers: Home: (718) 276-5303        Work: (718) 657-8186
Cell: (917) 771-8987        Email Address: mcrig1@yahoo.com
Date of Birth: 10/10/66        Sex: ☒ Male ☐ Female        Do You Have a Disability? ☒ Yes ☐ No
Please answer each of the next three questions.    i. Are you Hispanic or Latino? ☐ Yes ☒ No
ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native  ☐ Asian  ☐ White
☒ Black or African American  ☒ Native Hawaiian or Other Pacific Islander
iii. What is your National Origin (country of origin or ancestry)? Haiti

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: Chantal Saba        Relationship: Sister
Address: 115-60 222 ST        City: Cambria HT        State: NY        Zip Code: 11411
Home Phone: (718) 276-5303        Other Phone: (516) 521-7741

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)
☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here___ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.
Organization Name: N.Y.P.D
Address: 168-02 91 Ave        County: Queens
City: Jamaica        State: NY        Zip: 11432        Phone: (718) 657-8186
Type of Business: Police        Job Location if different from Org. Address: _____
Human Resources Director or Owner Name: _____        Phone: ( ) _____

**Number of Employees in the Organization at All Locations:** Please Check (✓) One
☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☐ No
Date Hired: 7/22/02        Job Title At Hire: Police Officer
Pay Rate When Hired: $17.00        Last or Current Pay Rate: $42.00
Job Title at Time of Alleged Discrimination: Police Officer        Date Quit/Discharged: None
Name and Title of Immediate Supervisor: LT Margolis

Of the persons in the same or similar situation as you, who was treated *worse* than you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Michele Alexander | | P.O. | |
| B. | | | |

Of the persons in the same or similar situation as you, who was treated the *same* as you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Michele Alexander | | PO | |
| B. | | | |

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
    ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
    ☐ Yes ☑ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|

A. Michele Alexander   143-07 122 ACB   The same as I will explain.

B. _____

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☒ Yes ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

N.Y.PD EEO

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

None

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1** ___ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2** ✓ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_[signature]_ Signature    25 Feb 2010    Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 USC § 2000e-5(b), 29 USC § 211, 29 USC § 626, 42 USC §12117(a), 42 USC §2000ff-6.
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009