# "EXHIBIT E"

# OFFICE OF EQUAL EMPLOYMENT OPPORTUNITY
## COMPLAINT OF EMPLOYMENT DISCRIMINATION
PD 418-150 (7-03)-c-Rev

| | | |
|---|---|---|
| TYPE | NUMBER | |
| | | |
| HOW RECEIVED: ☐ IN PERSON ☐ MAIL ☐ FAX ☐ PHONE ☐ EMAIL | | |

**DO NOT WRITE IN SHADED AREAS**

| DATE RECEIVED | TIME RECEIVED | PERSON WHO RECEIVED COMPLAINT | TAX REGISTRY NO. |
|---|---|---|---|
| 1/31/11 | 1236 | Det. Johnson | 894708 |

**BASIS OF ALLEGED DISCRIMINATION (CHECK ALL THAT APPLY)**
- ☒ RACE
- ☐ COLOR
- ☐ NATIONAL ORIGIN
- ☐ GENDER
- ☐ SEXUAL ORIENTATION
- ☐ AGE
- ☐ DISABILITY
- ☐ PG 205-37
- ☐ SEXUAL HARASSMENT
- ☐ RETALIATION
- ☐ ALIENAGE/CITIZENSHIP
- ☐ CREED
- ☐ DISPARAGING REMARKS
- ☐ RELIGION
- ☐ ETHNICITY/ORIGIN
- ☐ MARITAL STATUS
- ☐ ARREST/CONVICTION
- ☐ VICTIM OF DOMESTIC VIOLENCE
- ☐ OTHER

## COMPLAINANT INFORMATION

| NAME | ADDRESS |
|---|---|
| RIGAUD, CLIFFORD | 115-60 222St JAMAICA N.Y. 11411 |

| HOME TEL NO. | TITLE/RANK | TAX REGISTRY NO. | DATE ENTERED DEPT. |
|---|---|---|---|
| (718)276-5303 | P.O. | 931923 | 07/22/02 |

| DATE PRESENT TITLE/RANK | ASSIGNED COMMAND | COMMAND TELEPHONE NO. |
|---|---|---|
| P.O. | VIPER 1 (103 PCT) | 212-678-1387 |

| WHEN AND WHERE DID THE ALLEGED ACTION OCCUR? | LOCATION |
|---|---|
| DATE: 1/28/11  TIME: 1530 | 168-02 91 AVE JAMAICA N.Y. 11432 |

| WERE THERE WITNESSES TO THE DISCRIMINATION? | ☒ YES ☐ NO | IF YES, GIVE NAME TITLE/RANK: INSP. Charles McEvoy |
|---|---|---|
| DID YOU REPORT THIS TO ANYONE ELSE? | ☒ YES ☐ NO | IF YES, GIVE NAME TITLE/RANK: Insp Charles McEvoy |
| HAVE YOU FILED THIS CHARGE WITH A CITY, STATE OR FEDERAL AGENCY? | ☐ YES ☒ NO | IF YES, GIVE THE AGENCY NAME / DATE FILED / OUTSIDE COMPLAINT NO. |

## RESPONDENT INFORMATION

| 1. RESPONDENT'S NAME | TITLE/RANK | COMMAND |
|---|---|---|
| Insp Charles McEvoy | INSP | 103 |
| 2. RESPONDENT'S NAME | TITLE/RANK | COMMAND |
| LT Jason Margolis | LT | 103 |

IN THE SPACE BELOW, EXPLAIN HOW YOU WERE DISCRIMINATED AGAINST AND/OR HOW OTHER PERSONS WERE TREATED DIFFERENTLY. IF TREATED DIFFERENTLY FROM OTHERS, IDENTIFY THEM. THIS STATEMENT MAY BE AMENDED TO CORRECT MISTAKES OR OMISSIONS. ALSO INDICATE WHAT CORRECTIVE ACTION YOU WANT TAKEN. YOU MAY USE AN EXTRA SHEET OF PAPER, IF NECESSARY.

On Jan 28, 2011 Insp. McEvoy call me into his office to finalize Command Discharge. As he was talking to me and calling me Cliff and told me he would give me the C.D. Sgt Kipp. And now wont 1 day and not the 2 hrs. I ask him why did it become a day. I told Charles I went to Command Discipline the Sgt Kipp for 2 hours. Insp Charles McEvoy got very upset I called him Charles. I explain to him he address me by my First Name. Seen he feel we are friend I call him Charles. He got very upset and stated you cannot address by this matter I could call him anything I want. I felt the comment was unprofessional and racist. After my delegate step out his office. We went back and Insp. McEvoy stated he was going to give another C.D. I told seen he been here morale was below down. I feel he was a racist and what he was doing. I taken out his office again and had to wait until he could find a way to suspend me. I feel Insp. has issue with race and Insp did retaliate on me by modified and transferring out 103 PCT.

NOTE: READ AND SIGN REVERSE SIDE OF THIS FORM