**"EXHIBIT F"**

**CHARGES AND SPECIFICATIONS**
PD 468-121 (Rev. 1-02)-Pent

Date: March 23, 2010

| Command | Serial No. | I.A.B. Log No. | I.A.B. Member Notified | Department Advocate's Office Serial Number 8633/10 |
|---|---|---|---|---|
| 103 PRECINCT | | | | |

## TO THE POLICE COMMISSIONER:

| | Rank-Title | Surname | First Name | Initial | Shield No. | Tax Reg. No. |
|---|---|---|---|---|---|---|
| I hereby CHARGE | PO | RIGAUD | CLIFFORD | | 17179 | 931923 |

| Squad or Chart No. | Command | | Date Entered Dept |
|---|---|---|---|
| | 103 PRECINCT | | 07/22/02 |

with **VIOLATION OF DEPARTMENT REGULATIONS**

### SPECIFICATIONS

in that:

1. Said Police Officer Clifford Rigaud, while assigned to the 103rd Precinct, on or about April 27, 2009, while on-duty, while inside the 103 Precinct roll call office, wrongfully engaged in conduct prejudicial to the good order, efficiency or discipline of the Department when he was discourteous to the personnel assigned to the roll call office, to wit: said Officer became agitated and began yelling profanities at Police Officer Theresa Callahan, tax # 939453, and ignored initial attempts to calm him down.

PG 203-10  Pg. #1  Para. #5        PUBLIC CONTACT-GENERAL REGULATIONS           CODE 19

2. Said Police Officer Clifford Rigaud, while assigned as indicated in Specification #1, on or about February 2, 2010, while on-duty, within the confines of the 103rd Precinct, engaged in conduct prejudicial to the good order, efficiency or discipline of the Department when he was discourteous to a New York City Lieutenant, to wit: said Officer approached Lieutenant Jason Margolis, tax #918540, and started yelling at him over his assignment.

PG 203-10  Pg. #1  Para. #5        PUBLIC CONTACT-GENERAL REGULATIONS           CODE 20

Instructions: After all specifications are entered, list witnesses for the department. (If witness is civilian, enter name and address on Official Letterhead PD 158-151). If member of the force, give rank, name, shield number and command. Also indicate scheduled vacation (if any), chart, squad no., or working schedule of complainant, respondent and witnesses (if member of the department).

CHARGES AND SPECIFICATIONS

PD 468-121 (Rev. 1-02)-Pent

Date: **March 23, 2010**

| Command | Serial No. | I.A.B. Log No. | I.A.B. Member Notified | Department Advocate's Office Serial Number 8633/4/C |
|---|---|---|---|---|
| 103 PRECINCT | | | | |

## TO THE POLICE COMMISSIONER:

| | Rank-Title | Surname | First Name | Initial | Shield No. | Tax Reg. No. |
|---|---|---|---|---|---|---|
| I hereby CHARGE | PO | RIGAUD | CLIFFORD | | 17179 | 931923 |

| Squad or Chart No. | Command | Date Entered Dept. |
|---|---|---|
| | 103 PRECINCT | 07/22/02 |

with VIOLATION OF DEPARTMENT REGULATIONS

### SPECIFICATIONS

in that

3. Said Police Officer Clifford Rigaud, while assigned as indicated in Specification #1, on or about April 15, 2009, while on-duty, at One Police Plaza, was observed to be inattentive and texting on his personal cellular telephone.

PG 206-03  Pg. #1  Para. #21            VIOLATIONS SUBJECT TO COMMAND
                                        DISCIPLINES                                CODE 15

D.I. *[signature]*
Charles McEvoy
Deputy Inspector

DEPARTMENT ADVOCATE'S OFFICE

RECOMMEND APPROVAL

DATE *[signature]* 3-25-10

APPROVED

DATE _____

NYPD V. PO CLIFFORD RIGAUD, TAX # 931923 2011-4170

## CHARGES AND SPECIFICATIONS
PD 468-121 (Rev. 1-02)-Pent

Page 1 of 2

Date: 05/17/2011

| Command | Serial No. | I.A.B. Log No. | I.A.B. Member Notified # - | Department Advocate's Office Serial Number 2011-4170 |
|---|---|---|---|---|
| 103 - 103 PRECINCT | | | | |

## TO THE POLICE COMMISSIONER:

| I hereby CHARGE | Rank-Title POM | Name CLIFFORD RIGAUD | Shield No. 17179 | Tax Reg. No. 931923 |
|---|---|---|---|---|
| Squad or Chart No. | | Command HOUSING PSA 6 | Date Entered Dept. 07/22/2002 | |

with VIOLATION OF DEPARTMENT REGULATIONS

### SPECIFICATIONS

1  Said Police Officer Charles Rigaud, while on-duty and assigned to the 103rd Precinct, did fail to comply with an order in that Sergeant Peter Mikulus informed him of his assignment and Police Officer Rigaud refused to report to his assignment.

PG 203-10, Page 1, Para 5                    GENERAL REGULATIONS

2  Said Police Officer Charles Rigaud, while on-duty and assigned to the 103rd Precinct, was discourteous to Deputy Inspector Charles McEvoy, to wit: said Police Officer called him by his first name and called him a racist.

PG 203-10, Page 1, Para 5                    GENERAL REGULATIONS

D.I. *[signature]*
CHARLES MCEVOY
DEPUTY INSPECTOR