**"EXHIBIT G"**

EEOC Charge No: 520-2012-260

RECEIVED NOV 01 2011

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## New York District Office – INTAKE
33 Whitehall Street, 5th Floor
New York, NY 10004

This agency enforces the laws against discrimination in employment based on <u>race, color, religion, national origin, age, sex, disability, or genetic information.</u> The event you are complaining about must have occurred <u>within a maximum of 300 days</u> of the filing of a charge. Our jurisdiction covers public and private employers with <u>15 or more employees (20 or more employees for age complaints)</u>, labor unions, and employment agencies located in New York State south of Albany. If you work for the <u>Federal Government,</u> you must first contact your agency's Equal Employment Office in order to file a complaint.

To better serve your interest and avoid delays in processing your complaint, please answer the following questions:

NAME: Clifford M. Rigaud

TEL. NO. WHERE WE CAN CONTACT YOU: (917) 771-2987

A. What was the Latest or Most Recent Date of discrimination which you are alleging?

Jan 2011

B. Does your employer have fewer than 15 employees (20 for age complaints)?

Yes ___ No ✓ How many employees? 35,000+

C. Have you filed a complaint with another agency (such as the New York State Division of Human Rights or the New York City Commission on Human Rights?

Yes ___ No ✓

If Yes, Name of agency and date of filing:

_____

D. Do you work for a Federal Government Agency (Such as the U.S. Postal Service?

Yes ___ No ✓

***IF YOU ANSWERED YES TO ANY OF THE ABOVE QUESTIONS, PLEASE SEE THE RECEPTIONIST, AS THE EEOC MAY NOT HAVE JURISDICTION OVER YOUR CLAIMS

If you answered NO to the above questions, please fill out the questionnaire and return it the receptionist, who will give you further instructions about our procedures.



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### INTAKE QUESTIONNAIRE

RECEIVED NOV 01 2011 EEOC-NYDO

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**
Last Name: Rigaud   First Name: Clifford   MI: M
Street or Mailing Address: 115-60 222 ST   Apt or Unit #: 2
City: Cambria Ht.   County: Queens   State: N.Y.   Zip: 11411
Phone Numbers: Home: (718) 276-5803   Work: (   )
Cell: (917) 771-2987   Email Address: mcRig1@yahoo.com
Date of Birth: 10-10-66   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☒ Yes ☐ No
Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☒ No
ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White
☐ Black or African American ☒ Native Hawaiian or Other Pacific Islander
iii. What is your National Origin (country of origin or ancestry)? England and France
Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: Michele Alexander   Relationship: Friend
Address: 193-07 122 Ave   City: Springfield Garden/ State: N.Y.   Zip Code: 11413
Home Phone: (347) 548-5645   Other Phone: (347) 788-9773

**2. I believe that I was discriminated against by the following organization(s): (Check those that apply)**
☒ Employer   ☒ Union   ☐ Employment Agency   ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here __ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.
Organization Name: N.Y.P.D.
Address: One Police Plaza   County: Manhattan
City: New York   State: NY   Zip: 10038   Phone: (646) 610-5000
Type of Business: Patrol Officer   Job Location if different from Org. Address: _____
Human Resources Director or Owner Name: _____   Phone: (   )
Number of Employees in the Organization at All Locations: Please Check (✓) One
☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☒ 201 – 500   ☐ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No
Date Hired: 07-22-02   Job Title At Hire: Patrol Officer
Pay Rate When Hired: $1700   Last or Current Pay Rate: $37.50
Job Title at Time of Alleged Discrimination: Patrol Officer   Date Quit/Discharged: Now C
Name and Title of Immediate Supervisor: D.I. Charles McEvoy, LT Jason Mangolis, LT Seeger, LT Gracia, SGT Zanclowe, SGT Namodianul

Job Applicant, Date You Applied for Job _____ Job Title Applied For _____

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race ☐ Sex ☐ Age ☑ Disability ☐ National Origin ☑ Religion ☑ Retaliation ☐ Pregnancy ☑ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing  ii. family medical history  iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: Muslim, Dark Skin,

If you checked genetic information, how did the employer obtain the genetic information? None

Other reason (basis) for discrimination (Explain): None.

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed.
(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date: Jan 2011, Action: In my performance evaluation from possible 5.0 want down to 2.5 which was not my normal evaluation, while the year before went down to 3.0.
Name and Title of Person(s) Responsible: D.I Charles McEvoy, LT Jason Margolis

B. Date: Jan 2011 Action: Due to my Religion belief (Muslim) my discipline was increase, I was modified from work, I was extremely punish then the norm.
Name and Title of Person(s) Responsible D.I Charles McEvoy, LT Jason Margolis.

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.
Before Feb 2009 I had not have any discipline issues on problems until I request for comendation for a beard due to my Religion belief (Muslim)

**7. What reason(s) were given to you for the acts you consider discriminatory? By Whom? His or Her Job Title?**
_____

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. P.O. Callahan | White Female, American | Patrol Officers | able to be late, speak her mind without problem of discipline. |
| B. P.O. Cole | White Female, American, | Patrol Officer, | made comment and was transfer, no discipline |