"EXHIBIT H"

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>520-2012-00260 |
|---|---|---|

| New York State Division Of Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Clifford M. Rigaud | Home Phone (Incl Area Code)<br>Cell: (917) 771-2987 | Date of Birth<br>10-10-1966 |
|---|---|---|

| Street Address<br>115-60 22nd Street | City, State and ZIP Code<br>Cambria Heights, NY 11411 |
|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>New York City Police Department | No. Employees, Members<br>500+ | Phone No. (Include Area Code)<br>(212) 273-6171 |
|---|---|---|

| Street Address<br>One Police Plaza | City, State and ZIP Code<br>New York, NY 10038 | |
|---|---|---|

RECEIVED JAN 17 2012 EEOC NYDO-ADMIN

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE  ☒ COLOR  ☐ SEX  ☒ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: _____   Latest: 1/30/2011
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I have been employed with Respondent (NYC Police Department) as a Patrol Officer since July 22, 2002 In January 2012, Respondent lowered my performance evaluation from a possible 5.0 to a 2.5, which was not a normal evaluation, while the year before my performance evaluation was a 4.0. Also not normal in having two evaluation from two different supervisor in one year. D.I. McEvoy and LT Margolis were responsible for lowering my performance evaluation. The Commander 103 Pct D.I. McEvoy participate in being discriminated against due to my race/national origin/color (Native American/Haitian/dark skinned), my religion (Muslim) and because of my disability. I have also been a victim of retaliation by Respondent and being bully. In January 2011, I was subjected to increased discipline and "extremely" punished beyond the "norm". Before February 2009, I had not had any disciplinary issues or problems until I requested an accommodation for a beard due to my religious beliefs as a Muslim and Lt Jason Margolis becoming my Platoon cammander. Respondent Lt Jason Margolis has made derogatory remarks about Haitians while assigning Police Officers to their duty on January 2010 in roll Call, also respondent perceives me to be disabled and is subjecting me to a hostile work environment. I also believe I am being retaliated against due to my prior EEO activity I had made against DI McEvoy and Lt Margolis.

I believe my rights have been violated under Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

[signature]

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
[signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
1/17/2013

| Date | Charging Party Signature |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>520-2012-00260 |
|---|---|---|

| New York State Division Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On January 12 2012 in the Trail Room of One Police Plaza a deal was made to the Advocate Office in which related with the command discipline I received cause of the discrimination and hostile work environment. Advocate Officer although did state I received a positive report from doctor and supervisors, the deal will not be accepted. I feel I'm being retaliated again.



RECEIVED JAN 17 2012 EEOC-NYDO-ADMIN

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| [signature] 1/17/2012 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>1/17/2012 |

MINNA R. YELLIN
Notary Public, State of New York
No. 01YE5015305
Qualified in Kings County
Commission Expires 7/19/2013