Case 1:12-cv-03211-LDH-VMS    Document 39-10    Filed 12/05/13    Page 1 of 2 PageID #: 772

# "EXHIBIT I"



**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TDD: 1-800-669-6820
Fax: (212) 336-3625
1-800-669-4000

Respondent: NYPD
EEOC Charge No.: 520-2012-00260
FEPA Charge No.:

January 30, 2012

Clifford M. Rigaud
115-60 222st Street
Apt#2
Cambria Heights, NY 11411

Dear Mr. Rigaud:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

- [X] Title VII of the Civil Rights Act of 1964 (Title VII)
- [ ] The Age Discrimination in Employment Act (ADEA)
- [X] The Americans with Disabilities Act (ADA)
- [ ] The Equal Pay Act (EPA)
- [ ] The Genetic Information Nondiscrimination Act (GINA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

Please be aware that we will send a copy of the charge to New York State Division Of Human Rights Federal Contract Unit One Fordham Plaza, 4 Fl. Bronx, NY 10458 as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

Roxanne Zygmund
Investigator
(212) 336-3764

Office Hours: Monday – Friday, 8:30 a.m. - 5:00 p.m.
www.eeoc.gov

Enclosure(s)