"EXHIBIT K"

**DISPOSITION OF CHARGES**
PD 468-142A (Rev. 1-06)

| | |
|---|---|
| CASE NO. | 2010-0509 |
| BOOK & PAGE NO. | 2 of 2 |
| PERSONNEL ORDER NO. | |

| SPECIFICATIONS AGAINST | | | | COMMAND |
|---|---|---|---|---|
| RANK/SURNAME | FIRST | M.I. | | |
| Police Officer Rigaud, Clifford | | | | Housing Police Service Area 6/ Viper 1 |

| SHIELD NO. | TAX REGISTRY NO. | DATE APPOINTED |
|---|---|---|
| 17179 | 931923 | July 22, 2002 |

| RANK/NAME OF COMPLAINANT | COMMAND |
|---|---|
| Deputy Inspector Charles McEvoy | 103 Precinct |

| DATE OF CHARGES | DATE TRIAL COMMENCED | DATE TRIAL CONCLUDED |
|---|---|---|
| March 23, 2010 | April 12, 2012 | December 6, 2012 |

TRIAL COMMISSIONER
Honorable Martin G. Karopkin

| SPECIFICATIONS | DISPOSITION | RECOMMENDED PENALTY PLEA ☐   TRIAL ☒ |
|---|---|---|
| 3. Said Police Officer Clifford Rigaud, while assigned as indicated in Specification #1, on or about April 15, 2009, while on-duty, at One Police Plaza, was observed to be inattentive and texting on his personal cellular telephone. | GUILTY | See Page 1. |

Reviewed by Deputy Commissioner of Trials

_____   03/01/13
DEPUTY COMMISSIONER     DATE

Police Commissioner's Approval:
☑ Approved
☐ Disapproved
☐ Other Action (Describe)

_____   3/21/13
POLICE COMMISSIONER    DATE

## DISPOSITION OF CHARGES
PD 468-142A (Rev. 1-06)

| CASE NO. | 2011-4170 |
|---|---|
| BOOK & PAGE NO. | 1 of 1 |
| PERSONNEL ORDER NO. | |

**SPECIFICATIONS AGAINST**

| RANK/SURNAME | FIRST | M.I. | COMMAND |
|---|---|---|---|
| Police Officer Rigaud, Clifford | | | Housing Police Service Area 6/ Viper 1 |

| SHIELD NO. | TAX REGISTRY NO. | DATE APPOINTED |
|---|---|---|
| 17179 | 931923 | July 22, 2002 |

| RANK/NAME OF COMPLAINANT | COMMAND |
|---|---|
| Deputy Inspector Charles McEvoy | 103 Precinct |

| DATE OF CHARGES | DATE TRIAL COMMENCED | DATE TRIAL CONCLUDED |
|---|---|---|
| May 17, 2011 | April 12, 2012 | December 6, 2012 |

**TRIAL COMMISSIONER**
Honorable Martin G. Karopkin

| SPECIFICATIONS | DISPOSITION | RECOMMENDED PENALTY<br>PLEA ☐  TRIAL ☒ |
|---|---|---|
| 1. Said Police Officer Charles [sic] Rigaud, while on duty and assigned to the 103rd Precinct, did fail to comply with an order in that Sergeant Peter Mikulus informed him of his assignment and Police Officer Rigaud refused to report to his assignment. | NOT GUILTY | See Disciplinary Case No. 2010-0509 for penalty. |
| 2. Said Police Officer Charles [sic] Rigaud, while on duty and assigned to the 103rd Precinct, was discourteous to Deputy Inspector Charles McEvoy, to wit: said Police Officer called him by his first name and called him a racist. | GUILTY | |

Reviewed by Deputy Commissioner of Trials

_signature_  03/01/13
DEPUTY COMMISSIONER   DATE

**Police Commissioner's Approval:**

☑ Approved
☐ Disapproved
☐ Other Action (Describe)

_signature_  3/21/13
POLICE COMMISSIONER   DATE

# DISPOSITION OF CHARGES
PD 468-142A (Rev. 1-06)

| CASE NO. | 2010-0509 |
|---|---|
| BOOK & PAGE NO. | 1 of 2 |
| PERSONNEL ORDER NO. | |

**SPECIFICATIONS AGAINST**

| RANK/SURNAME | FIRST | M.I. | COMMAND |
|---|---|---|---|
| Police Officer Rigaud, | Clifford | | Housing Police Service Area 6/ Viper 1 |

| SHIELD NO. | TAX REGISTRY NO. | DATE APPOINTED |
|---|---|---|
| 17179 | 931923 | July 22, 2002 |

| RANK/NAME OF COMPLAINANT | COMMAND |
|---|---|
| Deputy Inspector Charles McEvoy | 103 Precinct |

| DATE OF CHARGES | DATE TRIAL COMMENCED | DATE TRIAL CONCLUDED |
|---|---|---|
| March 23, 2010 | April 12, 2012 | December 6, 2012 |

**TRIAL COMMISSIONER**
Honorable Martin G. Karopkin

| SPECIFICATIONS | DISPOSITION | RECOMMENDED PENALTY PLEA ☐ TRIAL ☒ |
|---|---|---|
| 1. Said Police Officer Clifford Rigaud, while assigned to the 103rd Precinct, on or about April 27, 2009, while on-duty, while inside the 103 Precinct roll call office, wrongfully engaged in conduct prejudicial to the good order, efficiency or discipline of the Department when he was discourteous to the personnel assigned to the roll call office, to wit: said Officer became agitated and began yelling profanities at Police Officer Theresa Callahan, tax# 939453, and ignored initial attempts to calm him down. | GUILTY | It is recommended that Respondent be DISMISSED from the New York City Police Department, but that his dismissal be held in abeyance for a period of one year, pursuant to Section 14-115 (d) of the Administrative Code of the City of New York, during which time he is to remain on the force at the Police Commissioner's discretion and may be terminated at any time without further proceedings. It is further recommended that Respondent forfeit 30 suspension days to be served and 20 vacation days. |
| 2. Said Police Officer Clifford Rigaud, while assigned as indicated in Specification #1, on or about February 2, 2010, while on-duty, within the confines of the 103rd Precinct, engaged in conduct prejudicial to the good order, efficiency or discipline of the Department when he was discourteous to a New York City Lieutenant, to wit: said Officer approached Lieutenant Jason Margolis, tax# 918540. and started yelling at him over his assignment. | GUILTY | |

Reviewed by Deputy Commissioner of Trials

_____ 03/01/13
DEPUTY COMMISSIONER    DATE

**Police Commissioner's Approval:**

☒ Approved
☐ Disapproved
☐ Other Action (Describe)

_____ 3/2/13
POLICE COMMISSIONER    DATE