# "EXHIBIT M"

NYPD VS. POLICE OFFICER CLIFFORD RIGAUD, TAX #931923 2012-8728

Page 1 of 2



### CHARGES AND SPECIFICATIONS
PD 468-121 (Rev. 1-02)-Pent

Date: 03/06/2013

| Command | Serial No. | I.A.B. Log No. | I.A.B. Member Notified | Department Advocate's Office |
|---|---|---|---|---|
| 497 - INTERNAL AFFAIRS BUREAU IAB PO | 66 | 13-9741 | # PO Nelson | Serial Number 2012-8728 |

## TO THE POLICE COMMISSIONER:

| I hereby CHARGE | Rank-Title POM | Name CLIFFORD RIGAUD | Shield No. 17179 | Tax Reg. No. 931923 |
|---|---|---|---|---|
| Squad or Chart No. | | Command HOUSING PSA 6 | Date Entered Dept. 07/22/2002 | |

with VIOLATION OF DEPARTMENT REGULATIONS

### SPECIFICATIONS

**1** Said Police Officer Clifford Rigaud, while assigned to the 103rd Precinct, on or about and between November 1, 2011 and November 30, 2011, having become aware of an allegation of corruption or other misconduct involving a Member of Service, did fail and neglect to notify the Internal Affairs Bureau Command Center.

P.G. 207-21 Pages 1-2

ALLEGATIONS OF CORRUPTION AND OTHER MISCONDUCT AGAINST MEMBERS OF THE SERVICE

SYLVESTER Y GE
DEPUTY INSPECTOR

---

**Instructions:** After all specifications are entered, list witnesses for the department. (If witness is civilian, enter name and address on Official Letterhead PD 158-151). If member of the force, give rank, name, shield number and command. Also indicate scheduled vacation (if any), chart, squad no., or working schedule of complainant, respondent and witnesses (if member of the department).

## 1ST ENDORSEMENT

Executive Officer, I.A.B. _____ to the POLICE COMMISSIONER, __March 7th__ 20__13__.  I concur with the issuance of charges and specifications.

Gary Strebel
Assistant Chief

## INSTRUCTIONS FOR SERVICE OF CHARGES AND SPECIFICATIONS

1. Respondent will sign and complete where appropriate:

   a. original charges and specifications
   b. vacation and military leave form
   c. two (2) copies of instructions and receipt of charges and specifications
   d. agreement to accept service of notice form (when requested in suspension cases only).

2. Respondent will receive:

   a. one (1) copy of charges and specifications
   b. one (1) copy of instructions and receipt of charges and specifications form

## ACKNOWLEDGEMENT OF SERVICE

I acknowledge due personal service on me of the within Charges and Specifications and notice of Hearing, this _____ day of _____, 20 ____ at _____ AM/PM

WITNESS _____     RESPONDENT _____

(Rank-Title)                        (Rank-Title)

### DATE STAMP

| D.A.O. (Out) | CMD PREFER C & S (In) | (Out) | | HIGHER COMMAND (In) | (Out) | D.A.O. (In) |

[Date stamps: -7 MAR 2013 08 31; -8 MAR 2013 09 30]

<u>Report Under:</u>
IAB LOG #12-19830
CASE# C12-0268
QIAB #12-100

## POLICE DEPARTMENT
## CITY OF NEW YORK

March 7, 2013

From:   Commanding Officer, Internal Affairs Bureau, Group #27

To:   First Deputy Commissioner

Subject:   **CHARGES AND SPECIFICATION HAVE BEEEN PREFERED ON POLICE OFFICER CLIFFORD RIGAUD, TAX # 931923, HOUSING PSA 6**

1.   Charges and Specifications have been preferred against Police Officer Clifford M. Rigaud, Tax # 931923, PSA 6 (Viper 1), for failing to notify IAB about alleged police corruption. The details of the investigations are as follows:

2.   On February 8, 2012 PO Rigaud sent an E-mail to Sgt. Adeel S. Rana, tax# 935565 wherein he stated that sometime in November 2011 he became aware of an allegation of police corruption from an unnamed and unidentified complainant/victim in the confines of the 103rd Precinct, wherein the C/V stated to PO Rigaud that he was arrested sometime in either 2007 or 2008 with $500.00 USC in his possession and upon his release only $75.00 was returned to him. During his PG hearing PO Rigaud stated he did not notify IAB because he did not have any specific or detailed information about the incident. PO Rigaud failed to make the proper notification to I.A.B. as per Patrol Guide Procedure 207-21 "Allegations of Corruption and Serious Misconduct against Members of the Service" which states that members of the service are mandated to report all allegations of corruption directly to the IAB Command Center.

3.   PO Rigaud is currently on modified assignment in Housing PSA 6, Viper 1. IAB log# 13-9741, PO Nelson, IAB Command Center notified.

4.   For your Information and Attention.

Sylvester Ge
Deputy Inspector

M003/08

POLICE DEPARTMENT
CITY OF NEW YORK

FROM:   Commanding Officer, Department Advocate's Office

TO:   MEMBERS SERVED WITH DEPARTMENTAL CHARGES AND SPECIFICATIONS

SUBJECT:   **DEPARTMENT ADVOCATE DIRECTIVES AND PROCEDURES**

THE FOLLOWING INFORMATION IS PROVIDED FOR YOU AND YOUR ATTORNEY. PLEASE READ IT CAREFULLY. YOU ARE RESPONSIBLE FOR COMPLYING WITH THE DIRECTIVES AND PROCEDURES NOTED HEREIN.

1. You are directed to notify your Commanding Officer of the name, address and phone number of your legal representative, and the scheduled date of your Departmental Trial.

2. All correspondence with the Advocate's Office must be through your Attorney. Do NOT contact the Department Advocate yourself.

3. If your current assignment, squad, chart or vacation selection is changed, or any other development occurs which affects your scheduled appearance, you are required to IMMEDIATELY notify the Trial Calendar Unit, phone number 646-610-5147. If overtime considerations are involved, your failure to do so may result in a denial of request for overtime compensation.

4. Discovery material will be provided to your Attorney. Adjournments will not be given to permit Respondent to obtain additional discovery material that should have been requested earlier.

5. (A) REQUEST FOR CONSIDERATION OF TRIAL ADJOURNMENTS MUST BE DIRECTED TO THE DEPUTY COMMISSIONER OF TRIALS AND NOT TO THE DEPARTMENT ADVOCATE'S OFFICE. ALL REQUESTS FOR TRIAL ADJOURNMENTS ARE SUBJECT TO APPROVAL OF THE DEPUTY COMMISSIONER OF TRIALS.

   (B) SCHEDULED TRIAL DATES WILL NOT BE JUST CAUSE.

   (C) OBJECTIONS TO A SCHEDULED TRIAL DATE MUST BE MADE CONCURRENT WITH THE SETTING OF SAME, OR WRITTEN FIVE DAYS THEREAFTER.

6. Failure of you or your counsel to appear for a scheduled trial without prior