# "EXHIBIT N"

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

March 25, 2013

From: Commanding Officer, Office of the Deputy Commissioner - Trials

To: Police Officer Clifford Rigaud, Tax # 931923

Subject: **NOTIFICATION OF SUSPENSION**

1. You are hereby **SUSPENDED FROM DUTY WITHOUT PAY** for a period of 30 days, to wit: From 0001 hours on 03/26/13 through 2400 hours on 04/24/13 as a result of a Department Trial in Disciplinary Case Nos. 2010-0509 & 2011-4170 pursuant to Section 434(a) of the Administrative Code of the City of New York, under the authority of the Deputy Commissioner – Trials.

2. On Thursday April 25, 2013 at 0900 hours, you are directed to report in proper business attire to the Department Advocate's Office at One Police Plaza, 4th Floor concerning your re-instatement from suspension.

3. For your **INFORMATION** and **STRICT COMPLIANCE.**

I, Police Officer Clifford Rigaud, Tax # 931923, received this notification

on 25 MARCH 13 (Date) at 1507 (Time) hours and fully understand its contents.

P.O. [signature] (refused signing)
(Rank, Signature & Tax #)

***Notifying supervisor: Please fax signed copy of notification to (646) 610-5044***

Received from PO Rigaud 03/25/2013 at 1500 HRS:
NYPD ID card # N212823