"EXHIBIT O"

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 520-2013-00803 |

**New York State Division Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Clifford M. Rigaud | (718) 276-5303 | 10-10-1966 |

Street Address: 115-60 222st Street, Apt#2, Cambria Heights, NY 11411

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NYC POLICE DEPARTMENT | 500 or More | |

Street Address: One Police Plaza, Room 1406, New York, NY 10010

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (Specify) **Hostile Work Environment**

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-04-2012    Latest: 01-30-2013
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a 46 year old African American male of Haitian descent who has been employed as a Police Officer by the above-named entity since July 2002.

I believe I have been retaliated against for my complaints of sexual harassment on behalf of my female coworkers. Specifically, I participated in an internal EEOC complaint and testified as a witness in November and January of 2012. After I participated in the complaint, I have been harassed by my supervisors, denied vacation, and denied my scheduled weekend regular days off, even though I was the most senior employee on the shift. This ongoing harassment created a hostile working environment for me. After these incidents, I complained to internal EEO about the ongoing harassment, these supervisors then began to retaliate against me for my complaints. My management never addressed my complaints of harassment and instead took the opportunity to retaliate against me.

On September 4, 2012, Sergeant Comacho texted me for five hours harassing and told me that my work activity is doo doo, Ka Ka, and no work is no honey. He also said, "What they said is right about you and you don't belong on this job". On September 7 Sergeant Comacho called Lieutenant Mangino regarding my scheduled days off and subsequently I was removed from Sunday Mondays off to Tuesday Wednesday off and gave a rookie employee with lower seniority Sunday Monday off.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 1 Apr 2013
Charging Party Signature: [signature]

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) April 1, 2013

ASHRAF A. AHMED
Notary Public, State of New York
No. 01AH5043672
Qualified in Richmond County
Commission Expires May 15, 2015

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 520-2013-00803 |

**New York State Division Of Human Rights** and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Sergeant Comacho cursed me out and said "Don't throw a clipboard at me" and threatened my safety. He approached me and pushed me against the desk. I reminded him that he is a NYPD sergeant. I stated that I needed a duty captain to come because I was fearful of my safety. In late December 2012 I requested vacation from Lieutenant Mangino and it was denied even though I am the most senior person and it was my vacation pick.

On January 20, 2013 I participated in another officer's internal EEOC complaint. Subsequently, on March 7 2013 I received charges of being discourteous to Sergeant Comacho and failure to notify Internal Affairs Bureau regarding allegations of corruption or other misconduct involving a member of service. On March 25 2013 Sergeant Conners stated, "Why did I take off my beard"? I stated, "Because of the job it's not safe for me to have the beard on". Sergeant Conners stated, "You're not planning to blow up anything are you"? I feel that these write ups are pretext for my impending unjust termination. On April 1, 2013 I was notified by the Absentee Unit Sergeant that I need to come in to talk to Psych Services. I explained to the Sergeant that I am already suspended and I am not authorized to be in any police facility. The Sergeant stated he was told by Administrative Sergeant McCormick that I need to report to Psych Services or I will be re-suspended for not attending.

Based on the above, I believe I have been discriminated and retaliated against in violation of Title VII of the Civil Rights Act of 1964 (as amended), and other Federal, state, and local anti-discrimination statutes.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Apr 2013

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year) Apr 2013

ASHRAF A. AHMED
Notary Public, State of New York
No. 01AH5043672
Qualified in Richmond County
Commission Expires May 15, 2017