# "EXHIBIT Q"

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

**New York State Division Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Clifford M. Rigaud | Cell: (917)771-2987 | 10-10-1966 |

| Street Address | City, State and ZIP Code |
|---|---|
| 115-60 222 Street | Cambria Heights, New York 11411 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| New York Police Department | 500+ | (212)273-6171 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1st Police Plaza | New York, NY 10038 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☒ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (Specify) **Hostile Work Environment**

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Clifford Rigaud have been employed as a Patrol Officer for eleven years in the New York Police Department. On March 21, 2013, the Commissioner Ray Kelly signoff Clifford Rigaud penalties from the NYPD Department Trial which was severally more than the normal punishment given to any other officers would receive for the similar offenses. Commissioner Martin G. Karopkin continues to engage in the disparate, discriminatory application of disciplinary rules against certain police officers like Clifford Rigaud in the Nypd Department Trial Room. Judge Karopkin never mention in his Memorandum Report to Commissioner Ray Kelly that Clifford Rigaud had been punished at the 103rd Pct for these same incident present in front of him and the comment Lieutenant Jason Margolis made against him on the witness stand and other negatives comments. These would not be helpful in his bias judgment against Clifford Rigaud.

Doing the trail at 1 Police Plaza (1PP) the issue came up when Clifford Rigaud took the witness stand regarding the federal lawsuit Clifford Rigaud had filed against the Nypd. Clifford Rigaud also filed a complicated to IAB against the Advocated Office and Prosecutor Ms Vivian Joo in regard to tempering with evidences. The Advocate Office was also aware about his whistle blowing within the Nypd in regarding to pornography materials Clifford Rigaud stated he found while working as a computer tech at the Lan Section in 1PP. After the trail was finish, he was given one the hardest punishment that did not fit the charges. Clifford Rigaud was again being retaliated but this time in regarding to my lawsuit, filing a complainant against the Nypd Advocated Office and whistle blowing within the Nypd. Judge Martin G. Karopkin also can be acting in an unconscious bias toward Clifford Rigaud for his Muslim faith, having Attention Deficit Disorder, whistleblower within the Nypd and the dislike of his attorney who job was to defend his client.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 6-6-13
Charging Party Signature: *[signature]*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

New York State Division Of Human Rights _____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (if additional paper is needed, attach extra sheet(s)):

On May 2, 2013 after Clifford Rigaud returned for being resuspended for the second time. His first suspension was March 26 2013 then his second was April 2 2013. Note: (No one had ever been called back while suspended without paid then called back and offer money to come in to speak with a Nypd Psychologist at Lefrak Medical Division.

Example of Officers suspended without paid and not call back for any reason. Officer Jasmine Insorule 103 Pct B/F, Officer James Washington 103 Pct B/M, Officer Johnson 103 Pct B/M, Officer Michele Sharp 103 Pct B/F, Officer Yankey 103 Pct B/F, Officer Joe Murphy 46 Pct W/M, Officer Natron King 46 Pct H/M, Officer Rodriguez H/F, Officer Stella Ibanez 48 Pct H/F, Sgt Thomas Mullen Highway, W/M Sgt Diaz Police Academy H/F, Officer Clifford Rigaud 103 Pct/Viper 1 B/M after April 2, 2013 and etc.)

When Clifford Rigaud did report back on April 25, 2013 as order by Lieutenant Zan and paperwork given to me before my suspension and my return date was on April 25 2013 to full duty status. Clifford Rigaud reported to the Advocate Office on April 25, 2013 at 1PP. Clifford Rigaud was then told he was resuspended on April 2, 2013 for a second time. Clifford Rigaud ask for the paperwork in regard for the second suspension, no paper work. Ask when should he return back, they did not know neither. Clifford Rigaud counted off 30 days and to find his new reporting date was May 2, 2013. Note: (Clifford Rigaud found out thru payroll after he came back from my suspension,(Which Clifford Rigaud was not aware before) that his suspension was not on March 26, 2013 as he was told by Lieutenant Zan and the paperwork he had signoff on.)

A setup or error in the Nypd part was made, not sure which one. Although Doctor Ann Penque and Sergeant Davor Milevoj from the Medical Division called Clifford Rigaud on my cell phone because they did not have my house phone in the Medical Division, they never stated to Clifford Rigaud that he was still on the book or active, instead they offer him money to come in Lefrak Medical Division. they gave him an option and Clifford Rigaud decide not to come in. Something was wrong and he did worry about my safety in going to the Medical Division

When Clifford Rigaud came back from being suspended on May 2, 2013, he was suspend for a third time with paid and sent to Military Extended Leave Desk. Clifford Rigaud had reported to the IAB 315 Hudson Street and spoke to Lieutenant Ramirez in regarding to being suspended again and being sent here. Lieutenant Ramirez IAB personnel stated IAB had no case against him and this was coming from the Department Advocate Office and was inform that he was a discipline problem.

Doing this time period while at IAB/MELD Clifford Rigaud was sent to Lefrak Medical Division to be evaluated by Nypd Psychologist on May 10, 2013 then on May 15, 2013 had to report to Medical Division in the Bronx at the 50 Pct for further evaluation. On May 16, 2013, Clifford Rigaud was GO 15 as a subject not a witness to a venting email that that I had sent to Sergeant Adeel S. Rana the Muslim Office Society (MOS) President in regarding several issues including finding pornography material and child porn on the computer at 1 Police Plaza. On May 20, 2013 Clifford Rigaud was terminate from the Nypd but the information was held from me until May 22, 2013. When Clifford Rigaud ask for the reason for being terminate he was told they did not know why, he would need to do an article 78 in regard to finding out.

Clifford Rigaud believe his rights have been violated under Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 6-6-13<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |